UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jerrod Cornelius Smith**  Docket No. 7:08-CR-37-1BO

### Petition for Action on Supervised Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jerrod Cornelius Smith, who upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 17, 2009, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On September 13, 2013, Smith's sentence was reduced from 144 months to 120 months pursuant to 18 U.S.C. § 3582(c)(2).

Jerrod Cornelius Smith was released from custody on March 14, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 11, 2002, Smith was convicted of Crime Against Nature in Pender County Superior Court. Pursuant to sex offender policies for supervision in the Eastern District of North Carolina, we request Smith be required to submit to a sex offender psycho-sexual evaluation to determine any needed treatment and address any safety concerns.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>Erik J. Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2031<br>Executed On: July 7, 2017 |

Jerrod Cornelius Smith
Docket No. 7:08-CR-37-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this __10__ day of __July__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge