UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jerrod Cornelius Smith**　　　　　　　　　　　　　　　　**Docket No. 7:08-CR-37-1BO**

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jerrod Cornelius Smith, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 17, 2009, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On September 13, 2013, Smith's sentence was reduced from 144 months to 120 months pursuant to 18 U.S.C. § 3582(c)(2).

Jerrod Cornelius Smith was released from custody on March 14, 2017, at which time the term of supervised release commenced.

A Petition for Action on Supervised Release was approved by the court on July 10, 2017, for the addition of a psycho-sexual evaluation due to the defendant's historical conviction for Crimes Against Nature.

A Motion for Revocation was submitted to the court on January 4, 2018. On April 17, 2018, the Court found the defendant in violation and modified the supervision term to include 55 days confinement (credit for time served) and noted that supervised release could be terminated in 18 months if no further violations occurred.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 23, 2018, the defendant submitted to his psycho-sexual evaluation through Forensic Consulting Services. It was determined that the defendant was not in need of sex offender specific mental health treatment; however, he would benefit from a course of mental health treatment. Therefore, it is respectfully recommended that the defendant participate in a program of mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Jerrod Cornelius Smith
Docket No. 7:08-CR-37-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: May 25, 2018 |

### ORDER OF THE COURT

Considered and ordered this 25 day of May, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge